IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>ROSARIO ALTAGRACIA RAMOS-MORA<br>a/k/a Princes Melanie Cáceres-de Jesús<br>Defendant | CRIMINAL 11-0249CCC |

**ORDER**

Having considered the Report and Recommendation filed on August 4, 2011 (**docket entry 26**) on a Rule 11 proceeding of defendant Rosario Altagracia Ramos-Mora held before U.S. Magistrate Judge Marcos E. López on August 4, 2011, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Ramos-Mora is accepted. The Court FINDS that her plea was voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since August 4, 2011. Having considered the Motion Requesting Preparation of Abbreviated PSR and Early Imposition of Sentence filed by defendant on August 5, 2011 (**docket entry 27**), the same is DENIED. The **sentencing hearing is set for November 2, 2011 at 4:30 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on August 19, 2011.

S/CARMEN CONSUELO CEREZO
United States District Judge